UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEVIN BAKER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:24-cv-00376 |
| SUMNER COUNTY, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 24) recommending that the Court dismiss this case under Federal Rules of Civil Procedure 16(f)(1) and 41(b). (Id. at 4). No objections have been filed. When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Thomas v. Arn, 474 U.S. 140, 150 (1985) Nevertheless, the Court reviewed the R&R and agrees with its recommended disposition. Accordingly, the R&R (Doc. No. 24) is **APPROVED AND ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE